ISAAC MENDELSOHN, Respondent, *v.* JOSEPH ROSENBERG, Appellant, and HARRY GLEICH et al., Respondents, Impleaded with Another.

(Submitted April 15, 1935; decided April 23, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 266 N. Y. 660.)